IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 22 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CR 21-263 HE |
| -vs- | ) | |
| | ) | |
| EVERETTE DEANGELO BOOKMAN, | ) | Violations: 18 U.S.C. § 113(a)(8) |
| | ) | 18 U.S.C. § 1152 |
| Defendant. | ) | 18 U.S.C. § 113(a)(4) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Assault by Strangulation)**

On or about October 22, 2020, in Indian country, in the Western District of Oklahoma,

---------------------------EVERETTE DEANGELO BOOKMAN,---------------------------

a non-Indian, knowingly assaulted his spouse, intimate partner, and dating partner, M.R., an Indian, by intentionally, knowingly, and recklessly strangling, suffocating and attempting to strangle and suffocate M.R. by using his hands and arms to apply pressure to M.R.'s throat and neck in order to impede her normal breathing and circulation.

All in violation of Title 18, United States Code, Sections 113(a)(8) and 1152.

## COUNT 2
### (Assault by Striking, Beating and Wounding)

On or about October 22, 2020, in Indian country, in the Western District of Oklahoma,

---------------------------**EVERETTE DEANGELO BOOKMAN,** --------------------------

a non-Indian, knowingly struck, beat, and wounded M.R., an Indian, by using his hand to strike M.R.'s face.

All in violation of Title 18, United States Code, Sections 113(a)(4) and 1152.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*[signature]*

ERIKA N. SIMPSON
Special Assistant United States Attorney